IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01483-WDM-MJW

DRY CLEANING TO-YOUR-DOOR, INC.
d/b/a DRY CLEANING TO-YOUR-DOOR,

    Plaintiff,

v.

WALTHAM LIMITED LIABILITY COMPANY,
JEFFREY A. LATHAM, and
JULIE W. LATHAM,

    Defendants.

## ORDER ON MOTION TO CONSOLIDATE

Miller, J.

    This matter is before me on the Motion For Consolidation Under Fed. R. Civ. P. 65(a)(2) (doc no 11) and the Motion to Set Hearing (doc no 10).  This is an action for injunctive relief seeking to enforce a non-competition clause contained in a franchise agreement.  Defendants seek to consolidate Plaintiff's Motion for Preliminary Injunction with a trial on the merits as the issues and evidence in support of preliminary and permanent injunctions will be identical.  Plaintiff does not oppose consolidation but seeks an expedited schedule and trial.

    I agree with Defendants that consolidation is appropriate pursuant to Fed. R. Civ. P. 65(a)(2) and will result in significant efficiencies.  Nonetheless, I am sympathetic

to Plaintiff's request that the issues be addressed promptly and will therefore require expedited schedules and procedures.

Accordingly, it is ordered:

1. The Motion For Consolidation Under Fed. R. Civ. P. 65(a)(2) (doc no 11) is granted.

2. The Motion to Set Hearing (doc no 10) is denied.

3. The parties shall confer and schedule a status conference with the Court to discuss expedited trial setting and pre-trial procedures.

DATED at Denver, Colorado, on August 7, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge