IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01483-WDM-MJW

DRY CLEANING TO-YOUR-DOOR, INC.,

Plaintiff,

v.

WALTHAM LIMITED LIABILITY COMPANY, et al.,

Defendants.

MINUTE ORDER
DN 44

    It is hereby ORDERED that the Agreed Motion for Entry of Confidentiality Stipulation and Order (Docket No. 44) is GRANTED.  The written Confidentiality Stipulation and Order (Docket No. 44-2) is APPROVED and made an Order of Court.

Date:  October 24, 2007