IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01483-WDM-MJW

DRY CLEANING TO-YOUR-DOOR, INC.

    Plaintiff,

v.

WALTHAM LIMITED LIABILITY COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for order to expand time allotted for hearing is denied. This hearing was set with both parties and the preliminary injunction issues are limited. If it becomes necessary, a limited amount of time will be available November 7, 2007.

Dated: October 30, 2007

                                                s/ Jane Trexler, Judicial Assistant