IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01483-WDM-MJW

DRY CLEANING TO-YOUR-DOOR, INC.,

Plaintiff,

v.

WALTHAM LIMITED LIABILITY COMPANY, et al.,

Defendants.

MINUTE ORDER
DN 58

It is hereby ORDERED that Defendants' Motion for Disclosure of Settlement Documents and Request for Forthwith Ruling (docket no. 58) is MOOT based upon Defendants' Amended Unopposed Motion for Disclosure of Settlement Documents and Requests for Forthwith Ruling (docket no. 61) and therefore DENIED.

It is FURTHER ORDERED that Defendants' Amended Unopposed Motion for Disclosure of Settlement Documents and Requests for Forthwith Ruling (docket no. 61) is GRANTED.  Plaintiff shall forthwith disclose any and all documents, including, electronic data, referring or relating to any settlement, ruling, opinion or award in any lawsuit, regulatory action or arbitration proceeding involving any Dry Cleaning to Your Doctor, Inc. uniform offering circular or franchise agreement, including without limitation, any settlement agreement between Plaintiff and Patrick Montgomery.  Any documents produced per this minute order shall be subject to the terms of the Stipulated Confidentiality Order between the parties and approved by the court.

Date:  November 7, 2007