IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 29, 2007 |
| Court Reporter: Janet Coppock | Time: 30 minutes |

**CASE NO. 07-cv-01483-WDM-MJW**

| Parties | Counsel |
|---|---|
| **DRY CLEANING TO-YOUR-DOOR, INC.,** | Leonard MacPhee<br>Gretchen Jankowski<br>Corrado Salvadore |
| Plaintiff, | |
| vs. | |
| **WALTHAM LIMITED LIABILITY COMPANY, et al,** | Mark Bell<br>Stan Bray |
| Defendants. | |

**CONTINUED MOTIONS HEARING ON PRELIMINARY INJUNCTION
and ORAL RULING**

**9:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Ms. Jankowski and Margo Sloan, President of Dry Cleaning to Your Door, Inc. appear by telephone.

Court states its findings and conclusions.

Page Two
07-cv-01483-WDM-MJW
November29, 2007

**ORDERED:** Defendants' Motion to Strike Proposed Expert Witness Testimony by Mac Plaisted Pursuant to F.R.E. 702 (Doc #67), filed 11/14/87 is **DENIED** as stated on the record.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction (Doc #3), filed 7/13/07 is **GRANTED** as stated on the record.

**ORDERED:** Plaintiff shall prepare a proposed order which complies with the requirements of Rule 65(c) by **5:00 p.m. on November 30, 2007.** Defendants may object as to form by **December 5, 2007**.

**ORDERED:** Counsel shall submit their positions as to a bond amount by **December 5, 2007.**

**2:10 p.m.    COURT IN RECESS**

**Total in court time:      30 minutes**

**Hearing concluded**